# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| William H Morgan <br> *Plaintiff* <br> v. <br> Sentry Insurance Company LLC, Middlesex Insurance Company LLC <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:16-cv-00286-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment, ECF No. 32, GRANTED.
Judgment entered for Defendants.
Plaintiffs' claims against Defendant Sentry Insurance a Mutual Company (identified as "Sentry Insurance Company, LLC") and Defendant Middlesex Insurance Company (identified as "Middlesex Insurance Company, LLC") are DISMISSED with prejudice. Plaintiff's additional claims are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on Defendants' Motion for Summary Judgment, ECF No. 32, GRANTED. Plaintiff's claims are DISMISSED with prejudice.

Date: 1/12/18

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler